

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00409-CV

**IN THE INTEREST OF J.A.B.**, S.M.E., C.C.E., and M.B.E., Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-PA-00777
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's order terminating appellants' parental rights is AFFIRMED. Costs of appeal are not assessed against appellants because they qualify as indigent.

SIGNED December 17, 2025.

_____
Irene Rios, Justice